IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DILLARD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:87cv1178-MHT |
| CHILTON COUNTY BOARD OF EDUCATION, | ) | (WO) |
| | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT FINAL JUDGMENT**

By order entered August 30, 2006 (Doc. No. 52), the defendant Chilton County Board of Education was ordered to show cause, if any there be, in writing by October 30, 2006, as to why the plaintiffs' motion to dismiss (Doc. No. 51) should not be granted.  No response has been filed by defendant or by the State of Alabama( which is a defendant in the consolidated action, <u>Dillard v. Crenshaw County, et al.</u>, civil action no. 2:85cv1332-MHT (M.D. Ala.)).

There being no objection to the plaintiffs' motion for final dismissal of this action, and Alabama Act No.

2006-252 having received preclearance, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Said motion to dismiss is GRANTED.

(2) It is DECLARED as the judgment of this court that Alabama Act No. 2006-252 provides state legislative authority for the method of election and number of seats prescribed by the consent decree and order of the court entered June 23, 1988, Dillard v. Chilton County Bd. of Education, 699 F.Supp. 870 (M.D. Ala. 1988), aff'd, 868 F.2d 1274 (11th Cir. 1989), providing that the Chilton County Board of Education "shall consist of seven members elected at-large, without designated or numbered places and with the seven candidates receiving the most votes being elected.  Each voter may cast as many as seven votes which may be allocated among the candidates as each voter may choose."

(3) The injunction contained in the prior judgment of the court to the extent it pertains to defendant Chilton County Board of Education is dissolved.

(4) The plaintiffs shall have and recover from defendant Chilton County Board of Education the amount of $ 1,000.00 for attorney's fees.

(5) All claims against the defendant Chilton County Board of Education in this action are dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 31st day of October, 2006.

                                         /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE